# UNITED STATES DISTRICT COURT
## 300 QUARROPAS STREET
## WHITE PLAINS, N.Y. 10601
## TEL: 914-390-4127

CHAMBERS OF THE HONORABLE
MARK D. FOX U.S. MAGISTRATE JUDGE

# MEMORANDUM

DATE: September 05, 2006

TO: Honorable Colleen McMahon

FROM: Mark D. Fox, U.S. Magistrate Judge

RE: Transcript of Guilty Plea



On **August 28, 2006** the Rule 11 allocution was completed in the matter of **United States of America -v- Adani Paulino, S2 05CR0755(CM)** on consent of both parties before me pursuant to your Standing Order. Please find attached hereto the transcript of the proceeding which sets forth my Report and Recommendation for your consideration. If I can be of any further assistance in this matter I would be pleased to do so.

Respectfully submitted,

Mark D. Fox
U.S. Magistrate Judge